IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SERGEI KOVALEV | : CIVIL ACTION |
| v. | : |
| | : No. 16-6380 |
| | : |
| CITY OF PHILADELPHIA, *et al.* | : |

## ORDER

**AND NOW**, this 22nd day of September 2017, upon considering Defendants' Motion for summary judgment (ECF Doc. No. 120), Plaintiff's Response (ECF Doc. No. 126), Defendants' Reply (ECF Doc. No. 129) and Plaintiff's sur-reply granted upon leave (ECF Doc. No. 137), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion (ECF Doc. No. 120) is **GRANTED in part and DENIED in** part:

1. Defendants' Motion is **DENIED** as to Plaintiff's First Amendment claims for retaliation based on the false reporting of Defendants Weiss and Kennedy only and these claims will proceed to trial;

2. Defendants' Motion is **GRANTED** as to all other claims as there are no genuine issues of material fact and judgment, as a matter of law, must be entered in favor of Defendants on all remaining claims; and,

3. Defendant City of Philadelphia and Sheriff Brown are **DISMISSED.**

KEARNEY, J.