IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SERGEI KOVALEV,** : | | |
| Plaintiff : | CIVIL ACTION | |
| : | | |
| vs. : | NO. 16-6380 | |
| : | | |
| **CITY OF PHILADELPHIA, et al.,** : | | |
| Defendants : | | |

## JUDGMENT

**AND NOW**, this 9th day of April, 2021, judgment is hereby entered in favor of Defendants Yolanda Kennedy and Paula Weiss, and against Plaintiff Sergei Kovalev, in the amount of $2,344.33.

                                                                                                                KATE BARKMAN
                                                                                                                 Clerk of Court

                                                                 By:    s/Inna Goldsteyn
                                                                                   Deputy Clerk