# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SERGEI KOVALEV** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 16-6380 |
| | : | |
| **PAULA WEISS and YOLANDA KENNEDY** | : | |
| | : | |

# ORDER

AND NOW, this 5th day of May 2021, upon considering Plaintiff's Motion for review (ECF Doc. No. 205), Defendants' Response (ECF Doc. No. 206), Plaintiff's noncompliant Reply (ECF Doc. No. 207)[1], and for reasons in the accompanying Memorandum, it is **ORDERED** Plaintiff's Motion to vacate (ECF Doc. No. 205) is **GRANTED in part** and **DENIED in part**:

1. We **vacate** the Clerk's Taxation of Costs (ECF Doc. No. 203) and Judgment (ECF Doc. No. 204) as we sustain two objections as to costs for duplicative transcripts and to a portion of service fees;

2. Plaintiff's Motion is otherwise denied requiring we tax $2009.03 in allowable costs against the Plaintiff and award to Defendants after sustaining two objections; and,

3. We enter **JUDGMENT** in favor of the Defendants and against Sergei Kovalev in the amount of **$2,009.03**.

_____
**KEARNEY, J.**

---

[1] Plaintiff's Reply is noncompliant with our Policies as to number of pages but is largely repetitive offering only two additional theories without merit.