UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 21-1904
_____

SERGEI KOVALEV,
       Appellant

v.

CITY OF PHILADELPHIA;
PAULA WEISS, EXECUTIVE DIRECTOR OF PHILADELPHIA
OFFICE OF ADMINISTRATIVE REVIEW, IN HER INDIVIDUAL CAPACITY;
YOLANDA KENNEDY, CLERICAL SUPERVISOR OF PHILADELPHIA
OFFICE OF ADMINISTRATIVE REVIEW, IN HER INDIVIDUAL CAPACITY;
ANGELINEL BROWN, DEPUTY SHERIFF SERGEANT OF PHILADELPHIA
SHERIFF'S OFFICE, IN HER INDIVIDUAL CAPACITY
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 2-16-cv-06380)
District Judge: Honorable Mark A. Kearney
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
October 1, 2021
Before: CHAGARES, PHIPPS and COWEN, Circuit Judges
_____

**JUDGMENT**
_____

  This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on October 1, 2021. On consideration whereof, it is now hereby
  ORDERED and ADJUDGED by this Court that the judgment of the District Court entered May 5, 2021, be and the same is hereby affirmed. Costs taxed against the appellant. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: October 1, 2021

**Certified as a true copy and issued in lieu of a formal mandate on** _11/08/2021_

**Teste:** *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**